UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:23-cv-15772

MICHAEL KELLEY,

      PLAINTIFF,

v.

LIGHTING INNOVATIONS, INC DBA FC LIGHTING, INC,

      DEFENDANT.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff Michael Kelley by and through his undersigned counsel, brings this Complaint against Defendant Lighting Innovations, Inc dba FC Lighting, Inc for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiff Michael Kelley ("Kelley") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Kelley's original copyrighted Works of authorship.

2.    Kelley, is a photographer based in Los Angeles, California who specializes in photographing architecture; and also has a mild airplane obsession. Kelley, grew up in Ipswich, Massachusetts: a small coastal town that\'s one part postcard and one part dramatic Boston movie. There, he met a number of amazing teachers who opened his eyes to the world of art and design. After studying studio art and environmental science at the University of Vermont, Kelley, moved to Lake Tahoe, California, in hopes of becoming a professional snowboarder. A

couple of years and too many injuries later, he found himself taking up an offer to photograph a few homes for a client he\'d met while recuperating. What started by chance turned out to be the perfect mix of technical challenge and creative outlet, and he decided right there and then that it absolutely must be his career. In 2018, he founded the Architectural Photography Almanac, a resource for architecture photographers and those in the architecture industry seeking to learn about the craft and theory of architectural photography.

3. Defendant 'Lighting Innovations, Inc dba FC Lighting, Inc' ("'BLG'") is an outdoor lighting company. At all times relevant herein, 'BLG' owned and operated the internet website located at the URL 'http://www.fclighting.com' (the "Website").

4. Kelley alleges that Defendant copied Kelley's copyrighted Works from the internet in order to advertise, market and promote its business activities. BLG committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the BLG's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Illinois.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, BLG engaged in infringement in this district, BLG resides in this district, and BLG is subject to personal jurisdiction in this district.

## DEFENDANT

9. Lighting Innovations, Inc dba FC Lighting, Inc is an Illinois Corporation with its principal place of business at 3609 Swenson Avenue, St. Charles, IL, 60174, and can be served by serving its Registered Agent, Mr. James M. Allen at 839 North Perryville Road, Suite 200, Rockford, IL 61107.

## THE COPYRIGHTED WORKS AT ISSUE

10. In 2016, Kelley created the photographs entitled Arquitectonica-63 and Arquitectonica-2 which are shown below and referred to herein as the "Works".





11. Kelley registered the Works with the Register of Copyrights on July 12, 2019, and was assigned registration number VA 2-159-689. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Kelley's Works are protected by copyright but were not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Kelley was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY BLG

14. BLG has never been licensed to use the Works at issue in this action for any purpose.

15. On a date after the Works at issue in this action were created, but prior to the filing of this action, BLG copied the Works.

16. On or about February 15, 2022, Kelley discovered the unauthorized use of his Works on the Website. BLG used the Works on their website to showcase outdoor lighting that they had done.

17. BLG copied Kelley's copyrighted Works without Kelley's permission.

18. After BLG copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its regular business activities.

19. BLG copied and distributed Kelley's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Kelley's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. BLG committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

22. Kelley never gave Defendant permission or authority to copy, distribute or display the Works at issue in this case.

23. Kelley notified BLG of the allegations set forth herein on August 1, 2022 and August 23, 2022. To date, the parties have failed to resolve this matter.

### COUNT I
### COPYRIGHT INFRINGEMENT

24. Kelley incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Kelley owns valid copyrights in the Works at issue in this case.

26. Kelley registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. BLG copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Kelley's authorization in violation of 17 U.S.C. § 501.

28. BLG performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Kelley has been damaged.

31. The harm caused to Kelley has been irreparable.

WHEREFORE, the Plaintiff Michael Kelley prays for judgment against the Defendant Lighting Innovations, Inc. dba FC Lighting, Inc. that:

    a. BLG and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. BLG be required to pay Kelley his actual damages and Defendant's profits attributable to the infringement, or, at Kelley's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Kelley be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Kelley be awarded pre- and post-judgment interest; and

    e. Kelley be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Kelley hereby demands a trial by jury of all issues so triable.

DATED: November 8, 2023                Respectfully submitted,

/s/ *Craig Anthony Wirth*
Craig Anthony Wirth
Craig.wirth@sriplaw.com
J. CAMPBELL MILLER
Campbell.miller@sriplaw.com
JOEL B. ROTHMAN
Joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Michael Kelley*